DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 221P16 | State v. Cornelius Demetric Griffin | Def's PDR Under N.C.G.S. § 7A-31 (COA15-492) | Denied |
|---|---|---|---|
| 224P16 | State v. James Michael Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA15-614) | Denied |
| 227P16 | State v. Brandon Williams | 1. Def's *Pro Se* Motion for Notice of Removal<br><br>2. Def's *Pro Se* Motion for Notice of Appeal | 1. Dismissed<br><br>2. Dismissed |
| 229P16 | U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP2 v. Willie Lee Pinkney, Clara Pinkney, SIDDCO, Inc., and Poore Substitute Trustee, LTD | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-797) | Special Order |
| 231P16 | Ervin Rainey, Employee v. City of Charlotte, Employer, and Self-Insured, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-953) | Denied |
| 233P16 | State v. Alonzo Antonio Murrell | 1. State's PDR Under N.C.G.S. § 7A-31 (COA15-1097)<br><br>2. State's Motion to Deem Petition Timely Filed<br><br>3. State's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA<br><br>4. State's Motion for Temporary Stay<br><br>5. State's Petition for *Writ of Supersedeas* | 1. Allowed<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>4. Allowed **06/22/2016**<br><br>5. Allowed |